DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
STONE, THOMAS and
STONE, LISA

Case No. 05-00777-FLK13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $22.23, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| STONE, THOMAS and STONE, LISA | 2701 BARGE STREET YAKIMA, WA 98902 | $22.23 |

Dated: June 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487659      7-8-10      $22.23